January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

JAMES RAMEY AND ELLA RAMEY, Appellants

NO. 14-11-01109-CV                    V.

BANK OF AMERICA, N.A. AND BAC HOME LOANS SERVICING, L.P.
F/K/A COUNTRYWIDE HOME LOANS SERVICING, L.P., Appellees
_____

This cause, an appeal from the judgment in favor of appellees, Bank of America, N.A. and BAC Home Loans Servicing, L.P. F/K/A Countrywide Home Loans Servicing, L.P., signed September 22, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, James Ramey and Ella Ramey, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.